| | | |
|---|---|---|
| KOGRECHA JOY BANKS<br>ALONZO ODELL BANKS<br>PO BOX 547<br>PORT GIBSON, MS 39150 | BEST EGG<br>ATTN: BANKRUPCTY<br>PO BOX 42912<br>PHILADELPHIA, PA 19101 | EXETER FINANCE LLC<br>PO BOX 166008<br>IRVING, TX 75016 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | BMH<br>PO BOX 674739<br>DALLAS, TX 75267 | FAST PACE<br>2059 US 61 S<br>VICKSBURG, MS 39183 |
| ADVANCE AMERICA<br>322 RHETT ST<br>BROOKHAVEN, MS 39601 | BOLIVAR MEDICAL CENTER<br>901 E. SUNFLOWER RD.<br>CLEVELAND, MS 38732 | FIRST SOURCE ADVANTAGE<br>205 BRYANT WOODS<br>BUFFALO, NY 14226 |
| AFFIRM<br>443 IRVING DR<br>BURBANK, CA 91504 | BOLIVAR PHYSICIAN PRAC<br>901 E SUNFLOWER RD<br>CLEVELAND, MS 38732 | GEICO<br>ATTN: REGION 3 UNDERWR<br>PO BOX 9105<br>MACON, GA 31208-9105 |
| AFFIRM, INC.<br>ATTN: BANKRUPTCY<br>650 CALIFORNIA ST<br>FL 12<br>SAN FRANCISCO, CA 94108 | BRIDGECREST ACCEPTANCE<br>ATTN: BANKRUPTCY<br>PO BOX 53087 SUITE 100<br>PHOENIX, AZ 85072 | HOLMES MOTORS<br>10651 BONEY AVE<br>DIBERVILLE, MS 39540 |
| AIDVANTAGE<br>PO BOX 300001<br>GREENVILLE, TX 75403 | CASHNET USA<br>175 W JACKSON<br>STE 1000<br>CHICAGO, IL 60604 | INDIANA FAMILY MEDICAL<br>122 E BAKER ST<br>INDIANOLA, MS 38751 |
| AMERICAN CREDIT ACCEPT<br>ATTN: BANKRUPTCY<br>961 E MAIN ST, FL 2<br>SPARTANBURG,, SC 29302 | CREDIT ACCEPTANCE<br>ATTN: BANKRUPTCY<br>25505 WEST 12 MILE RD<br>STE 3000<br>SOUTHFIELD, MI 48034 | JACOB LAW GROUP<br>P.O. BOX 948<br>OXFORD, MS 38655 |
| AMEX<br>PO BOX 297871<br>FORT LAUDERDA, FL 33329 | CREDIT COLLECTION SERV<br>ATTN: BANKRUPTCY<br>725 CANTON ST<br>NORWOOD, MA 02062 | KLS FINANCIAL SERVICES<br>P.O. BOX 565<br>MORRISVILLE, NC 27560 |
| BAPTIST MEMORIAL HOSP<br>P.O. BOX 745336<br>ATLANTA, GA 30384-5336 | CREDIT ONE BANK<br>6801 CIMARRON RD<br>LAS VEGAS, NV 89113 | LABCORP<br>PO BOX 2240<br>BURLINGTON, NC 27216-2240 |

| | | |
|---|---|---|
| LIFELINC ANESTHESIA<br>3340 PLAYERS CLUB PKWY<br>STE 350<br>MEMPHIS, TN 38125 | ONEMAIN<br>PO BOX 1010<br>EVANSVILLE, IN 47706 | SUNBIT FINANCIAL<br>PO BOX 24010<br>LOS ANGELES, CA 90024 |
| MEDICREDIT<br>P.O. BOX 1629<br>MARYLAND HEIG, MO 63043-06 | PAY ZEN<br>600 CALIFORNIA ST<br>SAN FRANCISCO, CA 94108 | TOWER LOAN<br>ATTN: BANKRUPTCY<br>PO BOX 320001<br>FLOWOOD, MS 39232 |
| MEMORIAL<br>PO BOX 1280<br>OAKS, PA 19456 | PREMIER RADIOLOGY<br>PO BOX 830525<br>BIRMINGHAM, AL 35283 | UNIVERSITY OF TN<br>875 UNION AVE<br>MEMPHIS, TN 38103 |
| MEMORIAL HEALTH SYSTEM<br>PO BOX 738993<br>DALLAS, TX 75373 | RADIOLOGY ASSOCIATES<br>PO BOX 11407<br>BIRMINGHAM, AL 35246 | UPSTART LOAN<br>P.O. BOX 1503<br>SAN CARLOS, CA 94070 |
| MERITH HEALTH<br>54 SEARGENT S PRENTISS<br>NATCHEZ, MS 39120 | REGIONS BANK<br>PO BOX 10063<br>BIRMINGHAM, AL 35202-0063 | VICKSBURG FAMILY DENTA<br>3425 PEMBERTON SQUARE<br>VICKSBURG, MS 39180 |
| MOHELA/NAVIENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD, MO 63005 | SANTANDER CONSUMER<br>ATTN: BANKRUPTCY<br>P.O. BOX 961245<br>FORT WORTH, TX 76161 | WELLS FARGO<br>800 WALNUT<br>DES MOINES, IA 50309 |
| NELNET<br>PO BOX 82561<br>LINCOLN, NE 68501 | SMB RADIOLOGY<br>P.O. BOX 1330<br>GULFPORT, MS 39502 | WORLD FINANCE CORPORAT<br>PO BOX 6429<br>GREENVILLE, SC 29607 |
| NORTH MS HEALTH SERVIC<br>PO BOX 2240<br>TUPELO, MS 38803 | SOUTHERN RADIOLOGY CON<br>PO BOX 678896<br>DALLAS, TX 75267 | |
| NORTH SUNFLOWER HOSPIT<br>840 N OAK AVE<br>RULEVILLE, MS 38771 | SPEEDY CASH<br>PO BOX 535<br>DUBLIN, OH 43017 | |