\/B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

In re: <u>Kogrecha Joy Banks and Alonzo Odell Banks</u>                    Case No <u>26-00611</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

|  |  |
|---|---|
| <u>KHEAA</u> | <u>MOHELA</u> |
| <u>Name of Transferee</u> | <u>Name of Transferor</u> |
| KHEAA | MOHELA |
| PO BOX 798 | 220 LASLEY AVE |
| FRANKFORT KY 40602-0798 | WILKES-BARRE, PA 18706 |

Court Claim # (if known):<u>   4   </u>
Claim Amount:          <u>$5188.26</u>
Date Claim Filed:   <u>3/12/2026   </u>

Phone:  <u>502-696-7309          </u>
Last Four Digits of Acct #: <u>5849</u>

Phone:  <u>570-991-4377          </u>
Last Four Digits of Acct. #: <u>5849</u>

Name and Address where transferee
payments should be sent (if different from
above):

KHEAA
P.O. BOX 4270
FRANKFORT KY 40604-4270

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By:   <u>/s/ Miles F. Justice          </u>          Date:   <u>4 / 1 3 / 2 0 2 6          </u>
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.