**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Kogrecha Joy Banks**                                          **Case No. 26-00611-KMS**
              **Alonzo Odell Banks, Debtors**                              **CHAPTER 13**

## MOTION TO SELL

COMES NOW, Debtors, by and through counsel, and move this Court to approve this motion to sell, and in support thereof, would show the Court as follows:

1. Debtors commenced this case by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. The Debtors own a 2008 Nissan Altima, which has approximately 220,000 miles, free and clear of any liens.

3. The vehicle is no longer operational and is not economically feasible to repair.

4. Due to its condition, the vehicle has minimal value and is suitable only for scrap.

5. The Debtors would like to sell the vehicle for $500.00, which represents fair and reasonable value given the vehicle's age, mileage, and non-running condition.

6. The Debtors request permission to retain the proceeds from the sale in the amount of $500.00 to assist with necessary monthly living expenses.

7. The sale of this non-operational vehicle will not affect the Debtor's ability to make payments under the confirmed Chapter 13 Plan.

WHEREFORE, Debtors pray that this motion be approved and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533