**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Kogrecha Joy Banks**                          **Case No. 26-00611-KMS**
          **Alonzo Odell Banks, Debtors**                          **CHAPTER 13**

**ORDER APPROVING THE MOTION TO SALE**

ON THIS DATE the Court considered the Motion to Sell (Dk # ___) and no objection to

the motion was timely filed by any party. It is therefore,

ORDERED and ADJUDGED that the Debtors Motion to Sell is approved. The Debtors

are authorized to sell the 2008 Nissan Altima, with approximately 220,000 miles, for the sum of

$500.00. The Debtors are authorized to retain the proceeds from the sale in the amount of

$500.00 for necessary living expenses.

##END OF ORDER##

SUBMITTED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601)500-5533