**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Kogrecha Joy Banks**                      **Case No. 26-00611-KMS**
            **Alonzo Odell Banks, Debtors**                **CHAPTER 13**

## <u>NOTICE</u>

Debtors have filed a motion to sell with the court.
**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**
If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:
File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion.

Date: April 17, 2026            Signature:   <u>/s/ Thomas C. Rollins, Jr.</u>
                                    Thomas C. Rollins, Jr. (MSBN 103469)
                                    Jennifer A Curry Calvillo (MSBN 104367)
                                    The Rollins Law Firm, PLLC
                                    PO Box 13767
                                    Jackson, MS 39236
                                    601-500-5533
                                    trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Kogrecha Joy Banks**                           **Case No. 26-00611-KMS**
          **Alonzo Odell Banks, Debtors**                           **CHAPTER 13**

## MOTION TO SELL

COMES NOW, Debtors, by and through counsel, and move this Court to approve this motion to sell, and in support thereof, would show the Court as follows:

1. Debtors commenced this case by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. The Debtors own a 2008 Nissan Altima, which has approximately 220,000 miles, free and clear of any liens.

3. The vehicle is no longer operational and is not economically feasible to repair.

4. Due to its condition, the vehicle has minimal value and is suitable only for scrap.

5. The Debtors would like to sell the vehicle for $500.00, which represents fair and reasonable value given the vehicle's age, mileage, and non-running condition.

6. The Debtors request permission to retain the proceeds from the sale in the amount of $500.00 to assist with necessary monthly living expenses.

7. The sale of this non-operational vehicle will not affect the Debtor's ability to make payments under the confirmed Chapter 13 Plan.

WHEREFORE, Debtors pray that this motion be approved and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

KOGRECHA JOY BANKS
ALONZO ODELL BANKS

CASE NO: 26-00611

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 4/17/2026, I did cause a copy of the following documents, described below,

notice and Motion to Sell

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/17/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

KOGRECHA JOY BANKS
ALONZO ODELL BANKS

CASE NO: 26-00611

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 4/17/2026, a copy of the following documents, described below,

notice and Motion to Sell

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/17/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 26-00611<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>FRI APR 17 10-6-59 PST 2026 | BRIDGECREST ACCEPTANCE CORPORATION  CO AIS<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | HOLMES MOTORS  INC<br>CO BYRD  WISER<br>PO DRAWER 1939<br>BILOXI MS 39533-1939 |
| (P)KHEAA<br>ATTN MILES F JUSTICE<br>100 AIRPORT RD<br>FRANKFORT KY 40601-6161 | ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON  MS 39201-5036~~ | AMEX<br>PO BOX 297871<br>FORT LAUDERDA  FL 33329-7871 |
| ADVANCE AMERICA<br>322 RHETT ST<br>BROOKHAVEN  MS 39601 | AFFIRM<br>443 IRVING DR<br>BURBANK  CA 91504-2447 | AFFIRM  INC<br>ATTN BANKRUPTCY<br>650 CALIFORNIA ST<br>FL 12<br>SAN FRANCISCO  CA 94108-2716 |
| AIDVANTAGE<br>PO BOX 300001<br>GREENVILLE  TX 75403-3001 | AMERICAN CREDIT ACCEPT<br>ATTN BANKRUPTCY<br>961 E MAIN ST  FL 2<br>SPARTANBURG   SC 29302-2185 | BMH<br>PO BOX 674739<br>DALLAS  TX 75267-4739 |
| BAPTIST MEMORIAL HOSP<br>PO BOX 745336<br>ATLANTA  GA 30384-5336 | BEST EGG<br>ATTN BANKRUPCTY<br>PO BOX 42912<br>PHILADELPHIA  PA 19101-2912 | BOLIVAR MEDICAL CENTER<br>901 E SUNFLOWER RD<br>CLEVELAND  MS 38732-2833 |
| BOLIVAR MEDICAL CENTER<br>RESURGENT CAPITAL SERVICES<br>PO BOX 1927<br>GREENVILLE  SC 29602-1927 | BOLIVAR PHYSICIAN PRAC<br>901 E SUNFLOWER RD<br>CLEVELAND  MS 38732-2833 | BRIDGECREST ACCEPTANCE<br>ATTN BANKRUPTCY<br>PO BOX 53087 SUITE 100<br>PHOENIX  AZ 85072-3087 |
| BRIDGECREST ACCEPTANCE CORPORATION CO AIS P<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | (P)CREDIT ACCEPTANCE CORPORATION<br>25505 WEST 12 MILE ROAD<br>SOUTHFIELD MI 48034-8316 | CASHNET USA<br>175 W JACKSON<br>STE 600<br>CHICAGO  IL 60604-2948 |
| CREDIT ACCEPTANCE<br>ATTN BANKRUPTCY<br>25505 WEST 12 MILE RD<br>STE 3000<br>SOUTHFIELD  MI 48034-8331 | CREDIT COLLECTION SERV<br>ATTN BANKRUPTCY<br>725 CANTON ST<br>NORWOOD  MA 02062-2679 | CREDIT ONE BANK<br>6801 CIMARRON RD<br>LAS VEGAS  NV 89113-2273 |
| (P)EXETER FINANCE  LLC<br>NANNETTE ALAMILLA<br>2101 W JOHN CARPENTER FWY<br>IRVING TX 75063-3228 | ~~EXCLUDE~~<br>~~(D)(P)EXETER FINANCE  LLC~~<br>~~NANNETTE ALAMILLA~~<br>~~2101 W JOHN CARPENTER FWY~~<br>~~IRVING TX 75063-3228~~ | FAST PACE<br>2059 US 61 S<br>VICKSBURG  MS 39180 |

FIRST SOURCE ADVANTAGE
205 BRYANT WOODS
BUFFALO  NY 14228-3609

GEICO
ATTN REGION 3 UNDERWR
PO BOX 9105
MACON  GA 31208-9105

HIGHER ED LOAN AUTHORITY OF MO ON BEHALF OF
ECMC
PO BOX 16408
ST PAUL  MN  55116-0408

HOLMES MOTORS
10651 BONEY AVE
DIBERVILLE  MS 39540-4875

HOLMES MOTORS  INC
10651 BONEY AVENUE
DIBERVILLE  MS 39540-4875

INDIANA FAMILY MEDICAL
122 E BAKER ST
INDIANOLA  MS 38751-2451

~~EXCLUDE~~

INTERCOASTAL FINANCIAL LLC
7954 TRANSIT RD 136X
WILLIAMSVILLE  NY 14221-4117

JACOB LAW GROUP
PO BOX 948
OXFORD  MS 38655-0948

~~(D)(P)KHEAA~~
~~ATTN MILES F JUSTICE~~
~~100 AIRPORT RD~~
~~FRANKFORT KY 40601-6161~~

(P)KLS FINANCIAL SERVICES
PO BOX 565
MORRISVILLE NC 27560-0565

(P)LABORATORY CORPORATION OF AMERICA
ATTN GOVERNMENT AUDITS
PO BOX 2270
BURLINGTON NC 27216-2270

LIFELINC ANESTHESIA
3340 PLAYERS CLUB PKWY
STE 350
MEMPHIS  TN 38125-8949

MOHELA
220 LASLEY AVE
WILKES-BARRE  PA 18706-1430

MOHELA ON BEHALF OF
ASCENDIUM EDUCATION SOLUTIONS INC
PO BOX 8961
MADISON  WI 53708-8961

MEDICREDIT
PO BOX 1629
MARYLAND HEIG  MO 63043-0629

MEMORIAL
PO BOX 1280
OAKS  PA 19456-1280

MEMORIAL HEALTH SYSTEM
PO BOX 738993
DALLAS  TX 75373-8993

MERITH HEALTH
54 SEARGENT S PRENTISS
NATCHEZ  MS 39120-4726

MOHELANAVIENT
633 SPIRIT DRIVE
CHESTERFIELD  MO 63005-1243

NELNET
PO BOX 82561
LINCOLN  NE 68501-2561

NORTH MS HEALTH SERVIC
PO BOX 2240
TUPELO  MS 38803-2240

NORTH SUNFLOWER HOSPIT
840 N OAK AVE
RULEVILLE  MS 38771-3227

ONEMAIN FINANCIAL GROUP  LLC
PO BOX 3251
EVANSVILLE  IN 47731-3251

ONEMAIN
PO BOX 1010
EVANSVILLE  IN 47706-1010

PAY ZEN
600 CALIFORNIA ST
SAN FRANCISCO  CA 94108-2704

PREMIER RADIOLOGY
PO BOX 830525
BIRMINGHAM  AL 35283-0525

QUANTUM3 GROUP LLC AS AGENT FOR
SADINO FUNDING LLC
PO BOX 788
KIRKLAND  WA  98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
VELOCITY INVESTMENTS LLC
PO BOX 788
KIRKLAND  WA  98083-0788

RADIOLOGY ASSOCIATES
PO BOX 11407
BIRMINGHAM  AL 35246-3035

REGIONS BANK
PO BOX 10063
BIRMINGHAM  AL 35202-0063

RESURGENT RECEIVABLES  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

ROBERT ALAN BYRD  ESQ
BYRD  WISER
FOR HOLMES MOTORS
P O BOX 1939
BILOXI MS 39533-1939

SANTANDER CONSUMER USA INC
1601 ELM ST  SUITE 800
DALLAS  TX 75201-7260

SCIL  INC
2312 E TRINITY MILLS RD  STE 100
CARROLLTON  TX 75006-1955

SMB RADIOLOGY
PO BOX 1330
GULFPORT  MS 39502-1330

SANTANDER CONSUMER
ATTN BANKRUPTCY
PO BOX 961245
FORT WORTH  TX 76161-0244

SOUTHERN RADIOLOGY CON
PO BOX 678896
DALLAS  TX 75267-8896

SPEEDY CASH
PO BOX 535
DUBLIN  OH 43017-0535

(P)SUNBIT INC
ATTN LEGAL AND COMPLIANCE
PO BOX 24010
LOS ANGELES CA 90024-0010

(P)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

TOWER LOAN OF MISSISSIPPI  LLC
PO BOX 320001
FLOWOOD  MS 39232-0001

US DEPARTMENT OF EDUCATION CO NELNET
121 S 13TH ST
LINCOLN  NE 68508-1911

EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

UNIVERSITY OF TN
875 UNION AVE
MEMPHIS  TN 38103-3513

UPSTART LOAN
PO BOX 1503
SAN CARLOS  CA 94070-7503

VICKSBURG FAMILY DENTA
3425 PEMBERTON SQUARE
VICKSBURG  MS 39180-5574

WELLS FARGO
800 WALNUT
DES MOINES  IA 50309-3891

WORLD ACCEPTANCE CORP
WORLD ACCEPTANCE CORP ATTN BANKRUPTCY
PO BOX 6429
GREENVILLE  SC 29606-6429

EXCLUDE

WORLD FINANCE CORPORAT
PO BOX 6429
GREENVILLE  SC 29606-6429

ALONZO ODELL BANKS
PO BOX 547
PORT GIBSON  MS 39150-0547

(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

DEBTOR

KOGRECHA JOY BANKS
PO BOX 547
PORT GIBSON  MS 39150-0547

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767