United States Bankruptcy Court

Southern District of Mississippi

In re:

Kogrecha Joy Banks

Alonzo Odell Banks

    Debtors

Case No. 26-00611-KMS

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 4 |
| Date Rcvd: Apr 27, 2026 | Form ID: n031 | Total Noticed: 74 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kogrecha Joy Banks, Alonzo Odell Banks, PO Box 547, Port Gibson, MS 39150-0547 |
| cr | + | Holmes Motors, Inc., c/o Byrd & Wiser, PO Drawer 1939, Biloxi, MS 39533-1939 |
| 5633119 | | Advance America, 322 Rhett St, Brookhaven, MS 39601 |
| 5633120 | + | Affirm, 443 Irving Dr, Burbank, CA 91504-2447 |
| 5633127 | + | BMH, PO Box 674739, Dallas, TX 75267-4739 |
| 5633125 | | Baptist Memorial Hosp, P.O. Box 745336, Atlanta, GA 30384-5336 |
| 5633129 | + | Bolivar Physician Prac, 901 E Sunflower Rd, Cleveland, MS 38732-2833 |
| 5633136 | + | Fast Pace, 2059 US 61 S, Vicksburg, MS 39180 |
| 5633139 | + | Holmes Motors, 10651 Boney Ave, Diberville, MS 39540-4875 |
| 5636771 | + | Holmes Motors, Inc., 10651 Boney Avenue, D'Iberville, MS 39540-4875 |
| 5633140 | + | Indiana Family Medical, 122 E Baker St, Indianola, MS 38751-2451 |
| 5633146 | + | Memorial, PO Box 1280, Oaks, PA 19456-1280 |
| 5633147 | + | Memorial Health System, PO Box 738993, Dallas, TX 75373-8993 |
| 5633148 | + | Merith Health, 54 Seargent S Prentiss, Natchez, MS 39120-4726 |
| 5633152 | + | North Sunflower Hospit, 840 N Oak Ave, Ruleville, MS 38771-3227 |
| 5633154 | + | Pay Zen, 600 California St, San Francisco, CA 94108-2704 |
| 5633155 | + | Premier Radiology, PO Box 830525, Birmingham, AL 35283-0525 |
| 5633156 | + | Radiology Associates, PO Box 11407, Birmingham, AL 35246-3035 |
| 5637441 | + | Robert Alan Byrd, Esq., Byrd & Wiser, For Holmes Motors, P O Box 1939, Biloxi MS 39533-1939 |
| 5633160 | + | Southern Radiology Con, PO Box 678896, Dallas, TX 75267-8896 |
| 5633164 | + | University of TN, 875 Union Ave, Memphis, TN 38103-3513 |
| 5633166 | + | Vicksburg Family Denta, 3425 Pemberton Square, Vicksburg, MS 39180-5574 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 27 2026 19:40:52 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5633124 | + | Email/PDF: bncnotices@becket-lee.com | Apr 27 2026 19:40:50 | AMEX, PO Box 297871, Fort Lauderda, FL 33329-7871 |
| 5653879 | | Email/PDF: bncnotices@becket-lee.com | Apr 27 2026 19:40:50 | AMEX TRS Co., Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5633121 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 27 2026 19:40:53 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5633122 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 27 2026 19:40:49 | Aidvantage, Po Box 300001, Greenville, TX |

District/off: 0538-3                          User: mssbad                                    Page 2 of 4
Date Rcvd: Apr 27, 2026                       Form ID: n031                              Total Noticed: 74

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | | 75403-3001 |
| 5633123 | + | Email/Text: bankruptcy@acacceptance.com | Apr 27 2026 19:37:00 | American Credit Accept, Attn: Bankruptcy, 961 E Main St, Fl 2, Spartanburg,, SC 29302-2185 |
| 5663070 |  | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2026 19:40:55 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5633126 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Apr 27 2026 19:40:53 | Best Egg, Attn: Bankrupcty, Po Box 42912, Philadelphia, PA 19101-2912 |
| 5635413 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2026 19:40:50 | Bolivar Medical Center, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 5633128 | + | Email/PDF: HCABKNotifications@resurgent.com | Apr 27 2026 19:40:50 | Bolivar Medical Center, 901 E. Sunflower Rd., Cleveland, MS 38732-2833 |
| 5633130 | + | Email/Text: rm-bknotices@bridgecrest.com | Apr 27 2026 19:37:00 | Bridgecrest Acceptance, Attn: Bankruptcy, Po Box 53087 Suite 100, Phoenix, AZ 85072-3087 |
| 5639782 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 27 2026 19:40:52 | Bridgecrest Acceptance Corporation c/o AIS Portfol, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5638629 |  | Email/Text: ebnnotifications@creditacceptance.com | Apr 27 2026 19:36:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W 12 MILE RD, SOUTHFIELD, MI 48034 |
| 5633131 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Apr 27 2026 19:36:00 | CashNet USA, 175 W Jackson, Ste 600, Chicago, IL 60604-2948 |
| 5633132 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 27 2026 19:36:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 5633133 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 27 2026 19:37:00 | Credit Collection Serv, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5633134 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 27 2026 19:40:53 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5640288 |  | Email/Text: exeter@ebn.phinsolutions.com | Apr 27 2026 19:37:00 | Exeter Finance LLC, 2101 W. John Carpenter Fwy, Irving, TX 75063 |
| 5633135 |  | Email/Text: exeter@ebn.phinsolutions.com | Apr 27 2026 19:37:00 | Exeter Finance LLC, Po Box 166008, Irving, TX 75016 |
| 5633137 | + | Email/Text: crdept@na.firstsource.com | Apr 27 2026 19:37:00 | First Source Advantage, 205 Bryant Woods, Buffalo, NY 14228-3609 |
| 5633138 |  | Email/Text: argbsref@geico.com | Apr 27 2026 19:36:00 | Geico, ATTN: Region 3 Underwr, PO Box 9105, Macon, GA 31208-9105 |
| 5636457 |  | Email/Text: ECMCBKNotices@ecmc.org | Apr 27 2026 19:37:00 | Higher ED Loan Authority of MO on behalf of, ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 5647491 | + | Email/Text: gbechakas@outlook.com | Apr 27 2026 19:36:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 5633141 | ^ | MEBN | Apr 27 2026 19:33:33 | Jacob Law Group, P.O. Box 948, Oxford, MS 38655-0948 |
| 5651205 |  | Email/Text: legaldivision@kheaa.com | Apr 27 2026 19:36:00 | KHEAA, PO BOX 798, FRANKFORT, KY 40602-0798 |
| 5633142 |  | Email/Text: BKRsecure@klsfs.com | Apr 27 2026 19:36:00 | KLS Financial Services, P.O. Box 565, Morrisville, NC 27560 |
| 5633143 |  | Email/Text: govtaudits@labcorp.com | Apr 27 2026 19:36:00 | Labcorp, PO Box 2240, Burlington, NC 27216-2240 |
| 5633144 | ^ | MEBN | Apr 27 2026 19:33:36 | Lifelinc Anesthesia, 3340 Players Club Pkwy, Ste 350, Memphis, TN 38125-8949 |
| 5636452 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Apr 27 2026 19:40:52 | MOHELA, 220 Lasley Ave, Wilkes-Barre, PA |

| | | | |
|---|---|---|---|
| District/off: 0538-3 | User: mssbad | | Page 3 of 4 |
| Date Rcvd: Apr 27, 2026 | Form ID: n031 | | Total Noticed: 74 |

| | | | |
|---|---|---|---|
| | | | 18706-1430 |
| 5636465 | Email/Text: ECMCBKNotices@ecmc.org | Apr 27 2026 19:37:00 | MOHELA on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961 |
| 5633145 | Email/Text: rcpsbankruptcynotices@parallon.com | Apr 27 2026 19:37:00 | Medicredit, P.O. Box 1629, Maryland Heig, MO 63043-0629 |
| 5633149 + | Email/PDF: Bankruptcy_Prod@mohela.com | Apr 27 2026 19:40:50 | Mohela/navient, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5633150 + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 27 2026 19:37:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5633151 + | Email/Text: business.services.tupelo@nmhs.net | Apr 27 2026 19:37:00 | North MS Health Servic, PO Box 2240, Tupelo, MS 38803-2240 |
| 5645455 | Email/PDF: cbp@omf.com | Apr 27 2026 19:40:52 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5633153 + | Email/PDF: cbp@omf.com | Apr 27 2026 19:40:50 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5648974 | Email/Text: bnc-quantum@quantum3group.com | Apr 27 2026 19:37:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5650894 | Email/Text: bnc-quantum@quantum3group.com | Apr 27 2026 19:37:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5633157 | Email/Text: newbk@Regions.com | Apr 27 2026 19:37:00 | Regions Bank, PO Box 10063, Birmingham, AL 35202-0063 |
| 5652410 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2026 19:40:53 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5642788 + | Email/Text: enotifications@santanderconsumerusa.com | Apr 27 2026 19:37:00 | SANTANDER CONSUMER USA Inc., 1601 Elm St, Suite 800, Dallas, TX 75201-7260 |
| 5638063 + | Email/Text: bkinfo@ccfi.com | Apr 27 2026 19:36:00 | SCIL, INC, 2312 E Trinity Mills Rd, Ste 100, Carrollton, TX 75006-1955 |
| 5633162 | Email/Text: bankruptcy@sunbit.com | Apr 27 2026 19:36:00 | Sunbit Financial, Po Box 24010, Los Angeles, CA 90024 |
| 5633158 + | Email/Text: enotifications@santanderconsumerusa.com | Apr 27 2026 19:37:00 | Santander Consumer, Attn: Bankruptcy, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5633161 + | Email/Text: bkinfo@ccfi.com | Apr 27 2026 19:36:00 | Speedy Cash, PO Box 535, Dublin, OH 43017-0535 |
| 5633163 | Email/Text: bankruptcy@towerloan.com | Apr 27 2026 19:36:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5642515 + | Email/Text: bankruptcy@towerloan.com | Apr 27 2026 19:36:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5642405 + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 27 2026 19:37:00 | U.S. Department of Education c/o Nelnet, 121 S 13TH ST, Lincoln, NE 68508-1911 |
| 5633165 + | Email/Text: UpStart@ebn.phinsolutions.com | Apr 27 2026 19:37:00 | Upstart Loan, P.O. Box 1503, San Carlos, CA 94070-7503 |
| 5633167 + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Apr 27 2026 19:40:52 | Wells Fargo, 800 Walnut, Des Moines, IA 50309-3891 |
| 5645415 + | Email/Text: bk@worldacceptance.com | Apr 27 2026 19:37:00 | World Acceptance Corp., World Acceptance Corp. Attn: Bankruptcy, PO Box 6429, Greenville, SC 29606-6429 |
| 5633168 + | Email/Text: bk@worldacceptance.com | Apr 27 2026 19:37:00 | World Finance Corporat, Po Box 6429, Greenville, SC 29606-6429 |

TOTAL: 52

District/off: 0538-3        User: mssbad        Page 4 of 4

Date Rcvd: Apr 27, 2026        Form ID: n031        Total Noticed: 74

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | KHEAA, ATTN MILES F JUSTICE, 100 AIRPORT RD, FRANKFORT KY 40601-6161, address filed with court:, KHEAA, PO BOX 798, FRANKFORT, KY 40602-0798 |
| 5633159 | ##+ | SMB Radiology, P.O. Box 1330, Gulfport, MS 39502-1330 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Robert Alan Byrd | on behalf of Creditor Holmes Motors Inc. rab@byrdwiser.com, wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Kogrecha Joy Banks trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Alonzo Odell Banks trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:**  26−00611−KMS
**Chapter:**  13

**In re:**

Kogrecha Joy Banks
PO Box 547
Port Gibson, MS 39150

Alonzo Odell Banks
aka Alozo O Banks
PO Box 547
Port Gibson, MS 39150

Notice of Entry of Order Confirming Plan

The Court entered an Order on April 27, 2026 (Dkt. # 27 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: April 27, 2026

Danny L. Miller, Clerk of Court