

SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 12, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    **Kogrecha Joy Banks**                    Case No. 26-00611-KMS
          **Alonzo Odell Banks, Debtors**                    CHAPTER 13

## ORDER APPROVING THE MOTION TO SALE

ON THIS DATE the Court considered the Motion to Sell (Dk # 25) and no objection to the motion was timely filed by any party. It is therefore,

ORDERED and ADJUDGED that the Debtors Motion to Sell is approved. The Debtors are authorized to sell the 2008 Nissan Altima, with approximately 220,000 miles, for the sum of $500.00. The Debtors are authorized to retain the proceeds from the sale in the amount of $500.00 for necessary living expenses.

##END OF ORDER##

SUBMITTED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601)500-5533