**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF MISSISSIPPI**

**In RE:**

  KOGRECHA JOY BANKS

  ALONZO ODELL BANKS

**Debtor(s)**

**Chapter:**  13

**Claim Number:** 13

**Case Number:** 26-00611

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

The creditor, **Bridgecrest Acceptance Corporation**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

[ ] Notice only      [√] Payment only      [ ] Notice & Payment

**<u>PAYMENT ADDRESS</u>**

FROM:

  Bridgecrest Acceptance Corporation by AIS Portfolio Services, LLC as agent

  P.O. Box 4138

  Houston, TX 77210

TO:

  Bridgecrest Acceptance Corporation by AIS Portfolio Services, LLC as agent

  PO Box 661384

  Dallas,TX 75266-1384

Date:  08/11/2026

/s/ Rohan Pardeshi

Creditor's Authorized Agent for Bridgecrest Acceptance Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**In RE:**

KOGRECHA JOY BANKS
ALONZO ODELL BANKS
**Debtor(s)**

**Chapter:**  13

**Case Number:** 26-00611

**Certificate of Service**

I certify that on 08/11/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first-class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
THOMAS CARL ROLLINS JR
TROLLINS@THEROLLINSFIRM.COM

Trustee
DAVID RAWLINGS
ECFNOTICES@RAWLINGS13.NET

/s/ Rohan Pardeshi

Rohan Pardeshi
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
888-455-6662
ECFNotices@aisinfo.com