B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

Southern District Of Mississippi

In re Banks, Kogrecha, Case No. 26-00611

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

DON Tributary Partners, LLC
Name of Transferee

Name and Address where notices to transferee should be sent:

Capital Enterprise Services, LLC
1111 Brickell Ave. Floor 10
Miami, FL 33131, USA

Phone: (800) 518-9248
Last Four Digits of Acct #: 8888

Name and Address where transferee payments should be sent (if different from above):

Capital Enterprise Services, LLC
PO Box 62582
Phoenix, AZ 85082

Phone: (800) 518-9248
Last Four Digits of Acct #: 8888

Intercoastal Financial, LLC
Name of Transferor

Court Claim # (if known): 20
Amount of Claim: $1,556.44
Date Claim Filed: 04/02/2026

Phone: (716) 867-7923
Last Four Digits of Acct. #: 8888

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Shivangi Singh
Transferee/Transferee's Agent

Date: 08/19/2026

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.