United States Bankruptcy Court
Southern District of Mississippi

In re:
Kogrecha Joy Banks
Alonzo Odell Banks
Debtors

Case No. 26-00611-KMS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3
Date Rcvd: Aug 26, 2026

User: mssbad
Form ID: n001

Page 1 of 2
Total Noticed: 3

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db/jdb | + | Kogrecha Joy Banks, Alonzo Odell Banks, PO Box 547, Port Gibson, MS 39150-0547 |
| 5713617 | + | Don Tribuatary Partners, LLC, Capital Enterprise Services LLC, 1111 Brickell Avenue, Floor 10,, Miami, Florida - 31331 United States 33131-3112 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| 5647491 | + | Email/Text: gbechakas@outlook.com | Aug 26 2026 19:57:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Robert Alan Byrd | on behalf of Creditor Holmes Motors Inc. rab@byrd-wiser.com, wrs@byrd-wiser.com;WandaRitaStanovich@gmail.com |

| | |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Kogrecha Joy Banks trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Alonzo Odell Banks trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

Form n001−asgnclm (Rev. 4/24)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re:** Kogrecha Joy Banks
Alonzo Odell Banks

**Case No.:**26−00611−KMS

**Chapter** 13

**To:** Assignee/Transferee

DON Tributary Partners, LLC
Capital Enterprise Services LLC
1111 Brickell Avenue, Floor 10,
Miami, Florida 31331

**To:** Assignor/Transferor

Intercoastal Financial LLC
7954 Transit Rd #136X
Williamsville, NY 14221

**Notice of Assignment/Transfer of Claim**

**Notice is hereby given** that an Assignment/Transfer of Claim was filed in the above case. The Assignment/Transfer reflects that Intercoastal Financial LLC has assigned/transferred its claim in the amount of $1556.44 to DON Tributary Partners, LLC.

**Notice is further given** that pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedure, if you object to said Assignment/Transfer then on or before **September 16, 2026** you are required to file a written response. Registered users of the Electronic Case Filing (ECF) system should file any response using ECF. Non−registered users should file any response at:

Clerk, U. S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201

**Notice is further given** that if no timely objection is filed, the transferee shall be substituted for the transferor without further order of the court.

Dated: August 26, 2026

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201

601−608−4600