United States Bankruptcy Court
Southern District of Mississippi

In re: | Case No. 26-00611-KMS
Kogrecha Joy Banks | Chapter 13
Alonzo Odell Banks
Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3 | User: mssbad | Page 1 of 5
Date Rcvd: Nov 02, 2026 | Form ID: ntcdsm | Total Noticed: 80

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kogrecha Joy Banks, Alonzo Odell Banks, PO Box 547, Port Gibson, MS 39150-0547 |
| cr | + | Holmes Motors, Inc., c/o Byrd & Wiser, PO Drawer 1939, Biloxi, MS 39533-1939 |
| 5633119 | | Advance America, 322 Rhett St, Brookhaven, MS 39601 |
| 5633120 | + | Affirm, 443 Irving Dr, Burbank, CA 91504-2447 |
| 5633127 | + | BMH, PO Box 674739, Dallas, TX 75267-4739 |
| 5633125 | | Baptist Memorial Hosp, P.O. Box 745336, Atlanta, GA 30384-5336 |
| 5633129 | + | Bolivar Physician Prac, 901 E Sunflower Rd, Cleveland, MS 38732-2833 |
| 5713617 | + | Don Tribuatary Partners, LLC, Capital Enterprise Services LLC, 1111 Brickell Avenue, Floor 10,, Miami, Florida - 31331 United States 33131-3112 |
| 5633136 | + | Fast Pace, 2059 US 61 S, Vicksburg, MS 39180 |
| 5633139 | + | Holmes Motors, 10651 Boney Ave, Diberville, MS 39540-4875 |
| 5633140 | + | Indiana Family Medical, 122 E Baker St, Indianola, MS 38751-2451 |
| 5633146 | + | Memorial, PO Box 1280, Oaks, PA 19456-1280 |
| 5633147 | + | Memorial Health System, PO Box 738993, Dallas, TX 75373-8993 |
| 5633148 | + | Merith Health, 54 Seargent S Prentiss, Natchez, MS 39120-4726 |
| 5633152 | + | North Sunflower Hospit, 840 N Oak Ave, Ruleville, MS 38771-3227 |
| 5633154 | + | Pay Zen, 600 California St, San Francisco, CA 94108-2704 |
| 5633155 | + | Premier Radiology, PO Box 830525, Birmingham, AL 35283-0525 |
| 5633156 | + | Radiology Associates, PO Box 11407, Birmingham, AL 35246-3035 |
| 5637441 | + | Robert Alan Byrd, Esq., Byrd & Wiser, For Holmes Motors, P O Box 1939, Biloxi MS 39533-1939 |
| 5633160 | + | Southern Radiology Con, PO Box 678896, Dallas, TX 75267-8896 |
| 5633164 | + | University of TN, 875 Union Ave, Memphis, TN 38103-3513 |
| 5633166 | + | Vicksburg Family Denta, 3425 Pemberton Square, Vicksburg, MS 39180-5574 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Nov 03 2026 00:12:00 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | Nov 02 2026 19:10:20 | Capital Enterprise Services, Capital Enterprise Services, 1111 Brickell Avenue, Floor 10, Miami, FL 33131-3112 |
| 5633124 | + | Email/PDF: bncnotices@becket-lee.com | Nov 02 2026 19:14:27 | AMEX, PO Box 297871, Fort Lauderda, FL 33329-7871 |
| 5653879 | | Email/PDF: bncnotices@becket-lee.com | Nov 02 2026 19:14:28 | AMEX TRS Co., Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

| | | | | |
|---|---|---|---|---|
| 5633121 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 02 2026 19:14:28 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5633122 | + | EDI: MAXMSAIDV | Nov 03 2026 00:12:00 | Aidvantage, Po Box 300001, Greenville, TX 75403-3001 |
| 5671076 | + | EDI: MAXMSAIDV | Nov 03 2026 00:12:00 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 5633123 | + | Email/Text: bankruptcy@acacceptance.com | Nov 02 2026 19:16:00 | American Credit Accept, Attn: Bankruptcy, 961 E Main St, Fl 2, Spartanburg,, SC 29302-2185 |
| 5663070 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2026 19:14:34 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5633126 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Nov 02 2026 19:14:28 | Best Egg, Attn: Bankrupcty, Po Box 42912, Philadelphia, PA 19101-2912 |
| 5635413 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2026 19:14:28 | Bolivar Medical Center, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 5633128 | + | Email/PDF: HCABKNotifications@resurgent.com | Nov 02 2026 19:14:38 | Bolivar Medical Center, 901 E. Sunflower Rd., Cleveland, MS 38732-2833 |
| 5633130 | + | Email/Text: rm-bknotices@bridgecrest.com | Nov 02 2026 19:16:00 | Bridgecrest Acceptance, Attn: Bankruptcy, Po Box 53087 Suite 100, Phoenix, AZ 85072-3087 |
| 5639782 | + | EDI: AISACG.COM | Nov 03 2026 00:12:00 | Bridgecrest Acceptance Corporation c/o AIS Portfol, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5638629 | | Email/Text: ebnnotifications@creditacceptance.com | Nov 02 2026 19:15:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W 12 MILE RD, SOUTHFIELD, MI 48034 |
| 5633131 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Nov 02 2026 19:15:00 | CashNet USA, 175 W Jackson, Ste 600, Chicago, IL 60604-2948 |
| 5633132 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 02 2026 19:15:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 5633133 | + | EDI: CCS.COM | Nov 03 2026 00:12:00 | Credit Collection Serv, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5633134 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 02 2026 19:14:28 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5698398 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 02 2026 19:16:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 5640288 | | Email/Text: exeter@ebn.phinsolutions.com | Nov 02 2026 19:16:00 | Exeter Finance LLC, 2101 W. John Carpenter Fwy, Irving, TX 75063 |
| 5633135 | | Email/Text: exeter@ebn.phinsolutions.com | Nov 02 2026 19:16:00 | Exeter Finance LLC, Po Box 166008, Irving, TX 75016 |
| 5633137 | + | Email/Text: crdept@na.firstsource.com | Nov 02 2026 19:16:00 | First Source Advantage, 205 Bryant Woods, Buffalo, NY 14228-3609 |
| 5633138 | | Email/Text: argbsref@geico.com | Nov 02 2026 19:15:00 | Geico, ATTN: Region 3 Underwr, PO Box 9105, Macon, GA 31208-9105 |
| 5636457 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 02 2026 19:16:00 | Higher ED Loan Authority of MO on behalf of, ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 5636771 | + | Email/Text: BK@holmesmotors.com | Nov 02 2026 19:16:00 | Holmes Motors, Inc., 10651 Boney Avenue, D'Iberville, MS 39540-4875 |
| 5647491 | + | Email/Text: gbechakas@outlook.com | Nov 02 2026 19:15:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 5633141 | ^ | MEBN | Nov 02 2026 19:10:19 | Jacob Law Group, P.O. Box 948, Oxford, MS 38655-0948 |

| | | | | |
|---|---|---|---|---|
| 5651205 | | Email/Text: legaldivision@kheaa.com | Nov 02 2026 19:15:00 | KHEAA, PO BOX 798, FRANKFORT, KY 40602-0798 |
| 5633142 | | Email/Text: BKRsecure@klsfs.com | Nov 02 2026 19:15:00 | KLS Financial Services, P.O. Box 565, Morrisville, NC 27560 |
| 5633143 | | Email/Text: govtaudits@labcorp.com | Nov 02 2026 19:15:00 | Labcorp, PO Box 2240, Burlington, NC 27216-2240 |
| 5664167 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2026 19:14:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5633144 | ^ | MEBN | Nov 02 2026 19:10:20 | Lifelinc Anesthesia, 3340 Players Club Pkwy, Ste 350, Memphis, TN 38125-8949 |
| 5636452 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Nov 02 2026 19:14:28 | MOHELA, 220 Lasley Ave, Wilkes-Barre, PA 18706-1430 |
| 5636465 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 02 2026 19:16:00 | MOHELA on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961 |
| 5633145 | | EDI: PARALONMEDCREDT | Nov 03 2026 00:12:00 | Medicredit, P.O. Box 1629, Maryland Heig, MO 63043-0629 |
| 5633149 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Nov 02 2026 19:14:27 | Mohela/navient, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5633150 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 02 2026 19:16:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5633151 | + | Email/Text: business.services.tupelo@nmhs.net | Nov 02 2026 19:16:00 | North MS Health Servic, PO Box 2240, Tupelo, MS 38803-2240 |
| 5645455 | | EDI: AGFINANCE.COM | Nov 03 2026 00:12:00 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5633153 | + | EDI: AGFINANCE.COM | Nov 03 2026 00:12:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5689652 | | EDI: PRA.COM | Nov 03 2026 00:12:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5648974 | | EDI: Q3G.COM | Nov 03 2026 00:12:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5650894 | | EDI: Q3G.COM | Nov 03 2026 00:12:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5633157 | | Email/Text: newbk@Regions.com | Nov 02 2026 19:16:00 | Regions Bank, PO Box 10063, Birmingham, AL 35202-0063 |
| 5652410 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2026 19:14:28 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5642788 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 02 2026 19:16:00 | SANTANDER CONSUMER USA Inc., 1601 Elm St, Suite 800, Dallas, TX 75201-7260 |
| 5638063 | + | Email/Text: bkinfo@ccfi.com | Nov 02 2026 19:15:00 | SCIL, INC, 2312 E Trinity Mills Rd, Ste 100, Carrollton, TX 75006-1955 |
| 5633162 | | Email/Text: bankruptcy@sunbit.com | Nov 02 2026 19:15:00 | Sunbit Financial, Po Box 24010, Los Angeles, CA 90024 |
| 5633158 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 02 2026 19:16:00 | Santander Consumer, Attn: Bankruptcy, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5633161 | + | Email/Text: bkinfo@ccfi.com | Nov 02 2026 19:15:00 | Speedy Cash, PO Box 535, Dublin, OH 43017-0535 |
| 5633163 | | Email/Text: bankruptcycourt@towerloan.com | Nov 02 2026 19:15:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |

| | | | | |
|---|---|---|---|---|
| 5642515 | + | Email/Text: bankruptcycourt@towerloan.com | Nov 02 2026 19:15:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5642405 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 02 2026 19:16:00 | U.S. Department of Education c/o Nelnet, 121 S 13TH ST, Lincoln, NE 68508-1911 |
| 5633165 | + | Email/Text: UpStart@ebn.phinsolutions.com | Nov 02 2026 19:16:00 | Upstart Loan, P.O. Box 1503, San Carlos, CA 94070-7503 |
| 5633167 | + | EDI: WFAUTO | Nov 03 2026 00:12:00 | Wells Fargo, 800 Walnut, Des Moines, IA 50309-3891 |
| 5645415 | + | Email/Text: bk@worldacceptance.com | Nov 02 2026 19:16:00 | World Acceptance Corp., World Acceptance Corp. Attn: Bankruptcy, PO Box 6429, Greenville, SC 29606-6429 |
| 5633168 | + | Email/Text: bk@worldacceptance.com | Nov 02 2026 19:16:00 | World Finance Corporat, Po Box 6429, Greenville, SC 29606-6429 |

TOTAL: 58

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Bridgecrest Acceptance Corporation c/o AIS Portfol, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *P++ | KHEAA, ATTN MILES F JUSTICE, 100 AIRPORT RD, FRANKFORT KY 40601-6161, address filed with court:, KHEAA, PO BOX 798, FRANKFORT, KY 40602-0798 |
| cr | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC., POB 41067, Norfolk, VA 23541 |
| 5633159 | ##+ | SMB Radiology, P.O. Box 1330, Gulfport, MS 39502-1330 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Robert Alan Byrd | on behalf of Creditor Holmes Motors Inc. rab@byrd-wiser.com, wrs@byrd-wiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Kogrecha Joy Banks trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |

Thomas Carl Rollins, Jr
on behalf of Joint Debtor Alonzo Odell Banks trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

Form ntcdsm (Rev. 12/23)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

Case No.: 26–00611–KMS
Chapter: 13

In re:

Kogrecha Joy Banks
PO Box 547
Port Gibson, MS 39150

Alonzo Odell Banks
aka Alozo O Banks
PO Box 547
Port Gibson, MS 39150

Last four digits of Social–Security or Individual Tax–Payer–Identification (ITIN) No(s)., (if any):
xxx–xx–5849 xxx–xx–2930

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on November 2, 2026.

Dated: 11/2/26

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601–608–4600